```
 1
 2                      UNITED STATES DISTRICT COURT
 3                      EASTERN DISTRICT OF WASHINGTON
 4
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-07-2048-FVS-7 |
| Plaintiff, ) | |
| v.                        ) | ORDER ON ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT AND ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |
| DIEU THI LE,              ) | |
| Defendant.                ) | **(Ct. Rec. 534)** |

This matter coming on for arraignment on second superseding indictment the 11th day of March, 2009, the government was represented by Gregory Shogren and defendant was present with attorney Richard Smith.

The defendant was advised of her rights and acknowledged that she understood those rights. The defendant acknowledged receipt of a copy of the second superseding indictment, and waived reading of the same in open court, and further acknowledged she understood the charges filed against her and the maximum penalties that could be imposed. Defendant signed an acknowledgment of rights.

A plea of not guilty was entered by the Court.

Counsel for the defendant moved for a modification of the November 14, 2008, Order Setting Conditions of Release to allow defendant to travel between the Eastern and Western district of Washington.

**IT IS ORDERED,**

1. That Defendant's motion to modify release conditions to allow the defendant travel between the Eastern and Western district of Washington is granted **(Ct. Rec. 534)**.

ORDER ON ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT

1  2. All other previously imposed conditions of pretrial
2  release remain as ordered on November 14, 2008.
3  DATED this 12th day of March, 2009.

s/James P. Hutton
JAMES P. HUTTON
United States Magistrate Judge

ORDER ON ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT